THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER KIMMONS, Appellant. [643 NYS2d 449] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that his due process and equal protection rights were violated by the nearly eight-year delay between the filing of his notice of appeal and the perfection of the appeal. The delay in the perfection of the appeal is in large part attributable to defendant's failure to proceed *pro se* or to request assigned counsel (*see, People v Gonzalez,* 184 AD2d 525, 526, *lv denied* 80 NY2d 904; *cf., Simmons v Reynolds,* 898 F2d 865). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Criminal Sale Controlled Substance, 4th Degree.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

 CARL W. GROSUL et al., Individually and as Executors of LUCY GROSUL, Deceased, Appellants-Respondents, v JAMES MC-CLAIN et al., Defendants, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent-Appellant. [643 NYS2d 439] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J. (Appeals from Order of Supreme Court, Niagara County, Mintz, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.